**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL R. TUCKER**
**#167292** **PLAINTIFF**

**v.** **No. 4:26-cv-383-DPM-PSH**

**CHELSEA HAVELKA; and**
**DOES** **DEFENDANTS**

**ORDER**

Unopposed partial recommendation, *Doc. 16*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 13*, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026